CHASE MANHATTAN BANK

v.

### John NORBERG, Tax Administrator.

No. 85–52–M.P.

Supreme Court of Rhode Island.
May 16, 1985.

Kathleen Managhan, Corcoran, Peckham & Hayes, Newport, for petitioner.

Perry Shatkin, Chief Legal Counsel for Div. of Taxation, Marcia McGair Ippolito, Legal Counsel for Div. of Taxation, Providence, for respondent.

### ORDER

The petition for writ of certiorari is denied.

MURRAY, J., did not participate.